**DONE and SIGNED September 10, 2008.**



_____
   STEPHEN V. CALLAWAY
   UNITED STATES BANKRUPTCY JUDGE

_____


United States Bankruptcy Court
Western District of Louisiana
Shreveport Division

In Re:   BRUCE W. RAY, SR.                 Bankruptcy Case Number:    08-11439
        PATRICIA H. RAY
SS#:   xxx-xx-9430
        xxx-xx-6873

### ORDER CONFIRMING CHAPTER 13 PLAN

    The Debtor(s) Plan was filed on _JUNE 8, 2008_ and was modified on _AUGUST 5, 2008_. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

    **IT IS ORDERED THAT:**    The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**
   Total Payment(s): _$_ as of _._
   Amount of each Monthly Plan Payment: _$ 1400.00_ per month for _60_ month(s).
   Monthly Plan Payments shall be due on the _22ND_ day of each month, beginning _JUNE 2008_.
   Term of Plan Payments shall be: _60_ months.
   Moratorium granted for : _._
   Special / Additional Provisions: _._

   ☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**
   *Lucy G. Sikes ,*                    Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered
   *Chapter 13 Trustee*            to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing
   *Post Office Box 2218*         Trustee and mail same on or before each due date reflected above, until further Order of this Court.
   *Memphis, TN 38101-2218*    X    No Payroll Deduction is ordered.

3) **Attorney Fees:**
   The Debtor(s) attorney is awarded a fee in the amount of _$ 2650.00_, of which _$ 2650.00_ is due and payable from the Bankruptcy Estate without prejudice to filing a Noticed Fee Application for additional sums for services expended pre- and post- filing.

   ☐ Attorney Fees capped at _$_, per Court authority.

4) **Other Provisions:**

   ☐ Debtor(s) shall file both Federal and State Income Tax Returns timely.

   ☐ Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.

                                                         ###